```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 16162
   JEFFREY S MARTIN
   LAURA J MARTIN                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3632     SSN XXX-XX-8300


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/25/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  11.78% from remaining funds.

     The case was paid in full 09/19/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
 HERBERT & MARLENE MARTIN  CURRENT MORTG         .00              .00            .00
 ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED              .00            .00
 ROUNDUP FUNDING LLC       UNSECURED        10350.78              .00        1219.22
 AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00            .00
 AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00            .00
 FORD MOTOR CREDIT         UNSECURED        12136.89              .00        1429.60
 CAPITAL ONE BANK          UNSECURED       NOT FILED              .00            .00
 CARD MEMBER SERVICES      UNSECURED       NOT FILED              .00            .00
 RESURGENT CAPITAL SERVIC  UNSECURED OTH     1723.18              .00         202.92
 COMMONWEALTH EDISON       UNSECURED       NOT FILED              .00            .00
 EMERGE                    UNSECURED       NOT FILED              .00            .00
 EMERGE MASTERCARD         UNSECURED         2036.85              .00         239.92
 FAIRLANE CREDIT LLC       UNSECURED       NOT FILED              .00            .00
 FIRST BANKCARD CENTER     UNSECURED       NOT FILED              .00            .00
 PALOS RADIOLOGY           UNSECURED       NOT FILED              .00            .00
 EMERGE MASTERCARD         NOTICE ONLY     NOT FILED              .00            .00
 FAIRLANE CREDIT LLC       NOTICE ONLY     NOT FILED              .00            .00
 BAY VIEW BANK             SECURED NOT I   NOT FILED              .00            .00
 JC PENNEY                 UNSECURED       NOT FILED              .00            .00
 NICOR GAS                 UNSECURED       NOT FILED              .00            .00
 SEARS ROEBUCK & CO        UNSECURED       NOT FILED              .00            .00
 ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,010.00                        2,010.00
 TOM VAUGHN                TRUSTEE                                             298.34
 DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                     5,400.00

 PRIORITY                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 16162 JEFFREY S MARTIN & LAURA J MARTIN
```

```
SECURED                                                              .00
UNSECURED                                                       3,091.66
ADMINISTRATIVE                                                  2,010.00
TRUSTEE COMPENSATION                                              298.34
DEBTOR REFUND                                                        .00
                                      ----------------   ----------------
TOTALS                                        5,400.00           5,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 12/27/07             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```